IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JONATHAN HOAG, | ) | CIVIL NO. 19-00106 SOM-WRP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VICIOUS CYCLE FISHERIES, LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF JONATHAN HOAG'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT VICIOUS CYCLE FISHERIES LLC AND ORDER GRANTING DEFENDANT VICIOUS CYCLE FISHERIES LLC'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AGAINST VICIOUS CYCLE FISHERIES LLC [DKT. NO. 15]

Findings and Recommendation having been filed and served on all parties on February 4, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation To Deny Plaintiff Jonathan Hoag's Motion For Entry of Default Judgment Against Defendant Vicious Cycle Fisheries LLC and Order Granting Defendant Vicious Cycle Fisheries LLC's Motion to Set Aside Clerk's Entry of Default Against Vicious Cycle Fisheries LLC [Dkt. No. 15]" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge